PORT CHESTER WINE & LIQUOR SHOP, INC., and JOSEPH GIOFFRE, Appellants, v. MILLER BROS. FRUITERERS, INC., Respondent.— Motion for leave to appeal

to the Court of Appeals denied. [See 253 App. Div. 188.] If a final judgment eventuates, leave will be granted. This course will facilitate an authoritative final determination. (*Williams* v. *Quill*, 303 U. S. 621. decided February 28, 1938.)█ Motion for stay denied. Present— Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.